UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JOSE LUIS BASULTO-ARAUJO,
Petitioner,

v.

TODD BLANCHE, U.S. Attorney General, et al.,
Respondents.

Case No.: 26cv3699-LL-DEB

**ORDER GRANTING FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241 AND DENYING AS MOOT MOTION FOR TEMPORARY RESTRAINING ORDER**

[ECF Nos. 9, 2]

Before the Court is Petitioner Jose Luis Basulto-Araujo's First Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, alleging that his prolonged detention without an individualized bond hearing violates the Fifth Amendment's Due Process Clause. ECF No. 9 at 2. Petitioner also filed a Motion for Temporary Restraining Order. ECF No. 2.

The government filed a Response stating that it does not oppose an order from this Court directing a bond hearing, at which the government would bear the burden of proof. ECF No. 10.

/ / /

Accordingly, the Court **ORDERS** as follows:

1. Mr. Basulto-Araujo's First Amended Petition for Writ of Habeas Corpus is **GRANTED**.

2. Mr. Basulto-Araujo's Motion for Temporary Restraining Order is **DENIED AS MOOT**.

3. The government shall provide Basulto-Araujo with an individualized bond hearing before an immigration judge within **fourteen (14) days** of the date of this order, unless Mr. Basulto-Araujo requests a continuance.

   a. At the hearing, the government **SHALL BEAR** the burden of establishing by clear and convincing evidence that Mr. Basulto-Araujo would likely flee or pose a danger to the community if released.

   b. The immigration judge **SHALL** consider alternative conditions of release and Mr. Basulto-Araujo's ability to pay bond if he or she determines bond is appropriate. *Hernandez v. Sessions*, 872 F.3d 976, 990–91 (9th Cir. 2017).

   c. If requested by Mr. Basulto-Araujo, the government **SHALL** assist Mr. Basulto-Araujo in obtaining the audio recording of the bond hearing. *Martinez v. Clark*, 124 F.4th 775, 786 (9th Cir. 2024) (citing *Singh v. Holder*, 638 F.3d 1196, 1200 (9th Cir. 2011)).

4. The Clerk of Court shall enter judgment in Mr. Basulto-Araujo's favor and close this case.

**IT IS SO ORDERED**.

Dated: August 7, 2026

Honorable Linda Lopez
United States District Judge